In the Matter of FRANK SERRI, Respondent, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections in the City of New York, Respondents; ALBERT J. ADDEO et al., Appellants.

Argued August 20, 1948; decided August 20, 1948.

*George Rosling* and *Sidney Squire* for appellants.

*Milton H. Friedman* for respondent.

*John P. McGrath, Corporation Counsel* (*Angela Parisi* of counsel), for Board of Elections, respondent.

Order affirmed, with costs. Question certified not answered. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND and FULD, JJ. CONWAY and DYE, JJ., dissent upon the ground that in view of the failure of the petitioner-respondent to comply with the provisions of the order of Mr. Justice JOHNSON within the statutory period, no jurisdiction over appellants was obtained. (Election Law, § 330, subd. 1; § 335; *Matter of King* v. *Cohen,* 293 N. Y. 435; *Matter of Constantino,* 286 N. Y. 681; *Matter of Torre* v. *Heffernan,* 296 N. Y. 624; *Matter of Kram* v. *Cohen,* 293 N. Y. 746.) Taking no part: THACHER, J.